UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOEL H. BOROVAY and DONNA DIAN DANIEL-BOROVAY,<br><br>　　Plaintiffs,<br><br>v.<br><br>WACHOVIA BANK, N.A.,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　No. 3:08-cv-510<br>)　(Phillips)<br>)<br>)<br>)<br>) |

## ORDER

This civil action is before the court upon notice that plaintiffs' counsel, John Threadgill, has been suspended from the practice of law in Tennessee. Mr. Threadgil has not filed a motion to withdraw as counsel.

Due to the suspension of plaintiffs' counsel, the plaintiffs are no longer represented by counsel. Pursuant to Local Rule 83.4(d), plaintiffs must obtain the services of another attorney or appear in person before any further proceedings are had in this action.

For the reasons stated herein, this civil action is **STAYED** for thirty (30) days. Plaintiffs are **ORDERED** to obtain new counsel and have new counsel make an appearance in this case. Alternatively, plaintiffs may appear on their own behalf within thirty (30) days from the entry of this order. If there has been no appearance of new counsel for plaintiffs within thirty (30) days of this order, the plaintiffs will be expected to proceed on their own behalf. The Clerk of the Court is **DIRECTED** to send a copy of this

1

order to the plaintiffs at their home address.

**IT IS SO ORDERED.**

ENTER:

_s/ Thomas W. Phillips_
United States District Judge

2